UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

Walter Friesem,

v. Case No. : 25-cv-00141

Carol Hamm, et al

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

---------------------------------------X

TO: Opposing Counsel
__________________________________

__________________________________

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I ____Bruce Fein________ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Law Offices of Bruce Fein_________ and a member in good standing of the bar(s) of the State(s) of Washington, D.C. ______________________, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Walter Freisem____________________________. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 01/29/2025___

/s/Bruce Fein_____________________________
Signature of Movant
Firm Name Law Offices of Bruce Fein_________
Address300 New Jersey Avenue, N.W., Suite 300_
___________________________________________
Emailbruce@feinpoints.com_________________
Phone202-465-8728_________________________

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Walter Freisem

Plaintiff(s),

v.

Carol Hamm et al

**Defendant(s).**

---

25-cv-00141

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Bruce Fein, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of ________________.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 446615
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 25-cv-00141 for ________ ________________.

Date 01/29/2025

________________,

Bruce Fein

Signature of Movant
Firm Name Law Offices of Bruce Fein
Address 300 New Jersey Avenue, N.W., Suite 300,
Washington, D.C. 20001

Email bruce@feinpoints.com
Phone 202-465-8728

JEANE M. PARKER NOTARY PUBLIC EXP. 7-14-27 DISTRICT OF COLUMBIA

NOTARIZED

District of Columbia
Signed and sworn to (or affirmed) before me on
1/29/2025 by Jeane M. Parker
Date Name(s) of Individual(s) making statement
Jeane M. Parker
Signature of Notarial Officer
Notary
Title of Office
My commission expires: July 14, 2027

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# ***Bruce E Fein***

*was duly qualified and admitted on May 5, 1995 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my***
***name and affixed the seal of this***
***Court at the City of***
***Washington, D.C., on January 28, 2025.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***